UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PRIMERICA LIFE INS. CO., | ) |
| Plaintiff, | ) |
| vs. | )  Case No. 4:22 CV 260 CDP |
| ESTATE OF RONNELL DWIGHT BURNS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This interpleader action has been recently reassigned to me and is before me on defendants' motion to remand to state court.  As this case was originally filed here and not removed from state court, the motion for remand [10] will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to remand [10] is denied.

**IT IS FURTHER ORDERED** that the motion for hearing [15] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of April, 2022.